389 A.2d 676

Commonwealth v. Burkes, Appellant.

Submitted November 14, 1977. William M. Panella, Assistant Public Defender, for appellant; Paul W. Johnson, Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.